**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KENNY HALFACRE**                                                                                          **PLAINTIFF**
**ADC #84410**
**v.**                                        **Case No. 5:14-cv-00429-KGB/BD**

**ARKANSAS BOARD OF CORRECTION, *et al.***                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this 28th day of April, 2015.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE